# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| International Oil Trading Company ) | ASBCA Nos. 57491, 57492, 57493 |
| ) | |
| Under Contract Nos. SP0600-07-D-0483 ) | |
| SP0600-09-D-0515 ) | |

APPEARANCES FOR THE APPELLANT:
Melissa B. Coffey, Esq.
Christopher M. Kise, Esq.
Joshua M. Hawkes, Esq.
  Foley & Lardner LLP
  Tallahassee, FL

Ronald H. Uscher, Esq.
Lori Ann Lange, Esq.
Donald A. Tobin, Esq.
  Peckar & Abramson LLP
  Washington, DC

Rusty Hardin, Esq.
Ryan Higgins, Esq.
Jennifer E. Brevorka, Esq.
  Rusty Hardin & Associates, LLP
  Houston, TX

APPEARANCES FOR THE GOVERNMENT:
Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
James A. Wallace, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Middle East

Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Jared M. Miller, Esq.
Matthew Vasquez, Esq.
Howard M. Kaufer, Esq.
  Trial Attorneys
  DLA Energy
  Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 26, 2018

MARK MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57491, 57492, 57493, Appeals of International Oil Trading Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals